THERESA B. FRAZIER et al., Respondents, *v.* WESTCHESTER STREET TRANSPORTATION COMPANY, INC., Appellant, et al., Defendants.

Argued October 1, 1947; decided October 16, 1947.

*Addison B. Scoville, David C. Keane, Jr.,* and *Goodwyn Kuyk* for appellant.

*Richard Leo Fallon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.